UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

ALEXANDER STROSS,

        Plaintiff,

   - against -

LFLYNN LLC

        Defendant.

Docket No. 1:19-cv-6049

---

# STATUS REPORT

Plaintiff Alexander Stross hereby submit the following status report in anticipation of the initial conference scheduled for October 22, 2019.

**A.**    **Settlement**

Plaintiff and Defendant have been discussing settlement and are hopeful that during discovery they will coming to a settlement.

**B.**    **Description of Case**

This is a straight forward copyright infringement action. Plaintiff took a photograph of a home. Defendant then used the Photograph on its Website without permission or authorization. Plaintiff seeks statutory damages and attorney's fees for willful copyright infringement.

**C.**    **Factual and Legal Issues**

There are no facts in dispute concerning the use of the Photograph on the Website.

**D.**    **Motions**

Plaintiff anticipates at the close of fact discovery it will move for summary judgment on copyright infringement liability.

**E.     Discovery-**

No discovery has taken place. But Plaintiff believes 4 months of discovery will be sufficient.

Dated:  Valley Stream, New York
October 22, 2019

>LIEBOWITZ LAW FIRM, PLLC
>
>By: */s/ Richard Liebowitz*
>     Richard P. Liebowitz
>11 Sunrise Plaza, Suite 305
>Valley Stream, New York 11580
>Tel.: 516-233-1660
>E-mail: RL@liebowitzlawfirm.com
>
>*Attorneys for Plaintiff Alexander Stross*